# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL EDWARD WYATT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 09-cv-018-MJR |
| LISA J. HOLLINGSWORTH, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed pursuant to 28 U.S.C. § 1915A. Dismissal of Counts 1, 2, and 3 is without prejudice. Dismissal of Count 4 is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
| July 22, 2009 | By: **s/ Michael J. Reagan** |
| *Date* | *District Judge* |