# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL EDWARD WYATT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 09-cv-018-MJR |
| LISA J.W. HOLLINGSWORTH, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion to voluntarily dismiss his complaint (Doc. 9). Unfortunately, this motion was filed *after* the Court had conducted a threshold review of the complaint pursuant to 28 U.S.C. § 1915A. The Court determined that Counts 1, 2, and 3 the complaint should be dismissed without prejudice and that Count 4 of the complaint should be dismissed with prejudice. The dismissal counted as a "strike" for purposes of 28 U.S.C. § 1915(G). The Court also granted Plaintiff's motion to proceed *in forma pauperis* and assessed and initial partial filing fee against him in the amount of $1.53. Plaintiff contends that the Court should dismiss this action because he was unaware of the consequences of filing an action that does not survive § 1915A review. He also claims that to make him pay the full $350 filing fee (albeit in installments) is tantamount to fining him for his ignorance.

These arguments are without merit. Since 1996, Congress has required prisoners to pay the full $350 filing fee when they file a § 1983 civil rights complaint in the federal courts. The obligation to pay the $350 became complete when the complaint was received by the Court

regardless of the outcome. *Hains v. Washington,* 131 F.3d 1248, 1250 (7th Cir. 1997). Moreover, since 1996, Congress has directed that prisoners who file three or more civil actions that are dismissed as frivolous, malicious, or for failing to state a claim will face strict limitations on the ability to proceed in *in forma pauperis* under 28 U.S.C. § 1915. Accordingly, Plaintiff's motion to dismiss (Doc. 9) is **DENIED.**

**IT IS SO ORDERED.**

**DATED this 19th day of March, 2010.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**